B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TSAR a not for profit California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba SAR - Service Advocacy Respect; fdba Sacramento<br>Association for the Retarded, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: XX-XXX2467 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>3000 T Street<br>Sacramento, CA | ZIPCODE<br>95816 | Street Address of Joint Debtor (No. and Street, City, and State) | ZIPCODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>Sacramento | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>c/o Jan Stendahl<br>3280 Point Pleasant Road<br>Elk Grove, CA | ZIPCODE<br>95757 | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

```
2009-43132
FILED
October 25, 2009
5:42 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002176499
```

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>TSAR a not for profit California corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **B1 (Official Form 1) (1/08)** | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sacramento Association for the Retarded, a not for profit California corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X *Candy Dahl Goldman*
    Signature of Attorney for Debtor(s)

CANDY DAHL GOLDMAN 186031
    Printed Name of Attorney for Debtor(s)

Dahl & Dahl
    Firm Name

2304 "N" Street
    Address

Sacramento, CA 95816-5716

916 446-8800
    Telephone Number

October 23, 2009
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

SANDRA A. SMITH
    Printed Name of Authorized Individual

President, Board of Directors
    Title of Authorized Individual

10-23-09
    Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

# RESOLUTION OF THE BOARD OF DIRECTORS

Sacramento Association for the Retarded, a California not for profit corporation.

**WHEREAS**, the above-named corporation, duly qualified to do business in the State of California, currently is unable to pay its debts as they come due; and

**WHEREAS**, the corporation desires to effect an orderly liquidation of its assets for the benefit of its creditors and the corporation has determined that such liquidation can best be accomplished by utilizing the protections and provisions of the Bankruptcy Reform Act of 1978; it is

**RESOLVED**, that the corporation shall file a voluntary petition under Chapter 7 of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the corporation in its name by and through its President and its Secretary shall prepare the appropriate Petition, Statement of Affairs, Schedules of Assets and Liabilities, Summary of Debts and Property and all other necessary documents for filing a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Eastern District of California; and

**RESOLVED FURTHER**, that the corporation engage and retain Dahl & Dahl, Attorneys at Law, for this purpose and to initiate and continue all further filings, actions and proceedings necessary in connection with the liquidation of the corporation under Chapter 7.

# CERTIFICATE OF CORPORATE OFFICER

I, Sandra A. Smith certify that:

I am the duly qualified and acting President of the Board of Directors for the Sacramento Association for the Retarded, a California not for profit corporation.

The foregoing is a true and correct copy of the resolution adopted by the Board of Directors of the corporation: (1) at a special meeting duly held, or; (2) by unanimous written consent, and entered in the minutes of such meeting in the Minute Book of the corporation.

_____

Sandra A. Smith
President of the Board of Directors

*Robin Parks*
Robin Parks
Vice President

*Jan Stendahl*
Jan Stendahl
Secretary

F:\S171.01\Corporate Resolution.wpd

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Eastern District of California

In re     TSAR, a not for profit California corporation

                  Debtor

Case No. _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 178,921.72 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,301.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 2,246.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 80 | | $ 340,241.41 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 93 | $ 178,921.72 | $ 345,789.04 | |

# United States Bankruptcy Court
## Eastern District of California

In re    TSAR, a not for profit California corporation               Case No. _____
                    Debtor

                                                                     Chapter        7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6 Cover (Form 6 Cover) (12/07)


# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re   **TSAR, a not for profit California corporation**          Case No. _____
                          **Debtor**                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Office<br><br>3000 T Street<br>Sacramento CA  95816 | Leasehold | | 0.00 | None |
| Warehouse<br><br>4641 Pell Drive<br>Sacramento CA  95838 | Leasehold | | 0.00 | None |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6B (Official Form 6B) (12/07)

In re    TSAR, a not for profit California corporation        Case No. _____

              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account - Administration - 1335 River City Bank | | Indeterminate |
| | | Certificate of Deposit Washington Mutual (as of February 28, 2009 statement) | | 31,131.28 |
| | | Checking account - Payroll - 3119 River City Bank | | Indeterminate |
| | | Checking account - Solicitation - 1459 River City Bank | | Indeterminate |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Meeting room deposit Radisson Hotel Sacramento CA | | 750.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6B (Official Form 6B) (12/07) -- Cont.

In re   TSAR, a not for profit California corporation          Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | | Annuity<br>New York Life (organization has repeatedly, but unsuccessfully, requested it be cashed out & funds paid over to it) | | 100,000.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Account Receivable<br>Thrift Supply Management<br>(2 loads of donated household good and clothing picked up week of September 14, 2009 - refused to pay) | | 30,000.00 |
| | | Aflac Refund<br>Uncashed check | | 273.28 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Kings tickets<br>ARCO Arena | | 250.00 |
| | | Premium Refund - Guardian<br>In transit | | 55.16 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

Filed 10/25/09     Case 09-43132     Doc 1

In re    <u>TSAR, a not for profit California corporation</u>        Case No.   <u>                           </u>

                        **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Various lists - membership, grant application and grantees, clientele<br>Administrative Office<br>3000 T Street<br>Sacramento<br><br>Personnel files<br>Allardyce Resources | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Postage machine<br>3000 T Street<br>Sacramento<br><br>Administration office equipment - see attached B-28 detail sheet<br>3000 T Street<br>Sacramento | | 100.00<br><br><br>9,939.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

Debtor(s):          Sacramento Association For The Retarded
Schedule B - Personal Property
Item 28 - Office equipment, furnishings and supplies

| Quantity | Brand | Model | Description | Current Individual Market Value | Market Value Extended |
|---|---|---|---|---|---|
| | ADMINISTRATION - 3000 T Street | | | | |
| 1 | | | 2 drawer file cabinet | $10 | $10 |
| 3 | | | 20# Packets Paper | $5 | $15 |
| 1 | | | 3-hole punch | $2 | $2 |
| 2 | | | 4 drawer file cabinet | $20 | $40 |
| 3 | HON | | 6 stand up file cabinet | $120 | $360 |
| 1 | | | Air Cleaner | $50 | $50 |
| 3 | | | Book Shelves | $90 | $270 |
| 5 | | | Boxes Envelopes | $10 | $50 |
| 3 | | | Boxes Labels | $5 | $15 |
| 5 | | | Boxes Mannila folders | $15 | $75 |
| 1 | | | Coffee maker | $10 | $10 |
| 1 | | | Coffee Table | $35 | $35 |
| 1 | | | Colored Paper | $5 | $5 |
| 9 | | | Conference chairs | $80 | $720 |
| 2 | (1 at warehouse) | | Conference table | $2,500 | $5,000 |
| 2 | | | desk lamps | $20 | $40 |
| 1 | sharp-ar-m280u | | digital lazer copier | $400 | $400 |
| 11 | | | DVD Movies | $2 | $22 |
| 1 | | | DVD-VHS Player | $15 | $15 |
| 1 | | | end table | $10 | $10 |
| 2 | | | Envelope | $5 | $10 |
| 3 | | | First Aid Kits | $5 | $15 |
| 9 | | | Fold Up Chairs | $5 | $45 |
| 3 | | | Ink Rollers | $15 | $45 |
| 1 | | | Large TV | $50 | $50 |
| 8 | | | Light bulbs | $1 | $8 |
| 2 | | | Lobby chairs | $20 | $40 |
| 2 | | | Lock Boxes | $40 | $80 |
| 1 | | | metal credenza | $15 | $15 |
| 1 | | | Metal TV Stand | $20 | $20 |
| 1 | | | Microwave | $25 | $25 |
| 8 | | | Notepads | $1 | $8 |
| 3 | | | Office Chairs | $50 | $150 |
| 2 | | | Office Desks | $200 | $400 |
| 2 | | | Office Fans | $5 | $10 |
| 2 | | | Office Hutch | $50 | $100 |
| 23 | | | Office Wall Pictures | $50 | $1,150 |
| 3 | | | Plants | $25 | $75 |
| 23 | | | Postits | $1 | $23 |
| 1 | HP all In One 7410 | | Printers | $75 | $75 |
| 1 | HP LaserJet 1160 | | Printers | $100 | $100 |
| 1 | | | refrig. | $40 | $40 |

| | | | |
|---|---|---|---|
| 1 | SAR Seal Stamp | $1 | $1 |
| 1 | Shredder | $20 | $20 |
| 1 | Small TV | $25 | $25 |
| 7 | Stamp Pads | $2 | $14 |
| 3 | Staplers | $2 | $6 |
| 5 | supply cabinet | $5 | $25 |
| 1 | Tab Inserts | $4 | $4 |
| 3 | Tape Dispensers | $2 | $6 |
| 4 | Telephones | $25 | $100 |
| 1 | Toaster | $2 | $2 |
| 1 | Toaster Oven | $5 | $5 |
| 3 | VHS Movies | $1 | $3 |
| 2 | White Boards | $20 | $40 |
| 1 | wood/credenza | $60 | $60 |
| | | | $9,939 |

B6B (Official Form 6B) (12/07) -- Cont.

In re    TSAR, a not for profit California corporation          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Two Toshiba 8230 laptop computers<br>In possession of former Board President, Jason Richey, aka Jacob Richey, who has refused to return the equipment | | 1,270.00 |
| | | Dell computers, monitors, speakers (3 sets), color laser printer<br>3000 T Street<br>Sacramento □ □ □ □ | | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment, etc - see attached B-29 Detail Sheet<br>Warehouse | | 2,253.00 |
| | | 2005 Clark ECG 24/25 Forklift<br>Warehouse<br>VIN ECG358-0048-6753 □ □ | | 1,000.00 |
| | | Hand Pallet Lift<br>Warehouse | | 100.00 |
| | | Electric Hand forklift SMX45 □ SMX4536142006<br>Warehouse | | 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached          Total      $          178,921.72

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

| Debtor(s): | | | Sacramento Association For The Retarded | | | | |
|---|---|---|---|---|---|---|---|
| Schedule B - Personal Property | | | | | | | |
| Item 29 - Machinery, fixtures, equipment, and supplies used in business. | | | | | | | |
| | | | | | | | |
| Quantity | Brand | Model | Description | Lender or Lessor | Payoff Amount | Current Market Value | Market Value Extended |
| | WAREHOUSE at 4641 Pell Avenue | | | | | | |
| 1 | mini Refrig. | | 1 white 1 black | x2 | $0 | $50 | |
| 1 | | | 2 slice/toaster | | $0 | $5 | |
| 1 | vextra | | answering system | | $0 | $5 | |
| 1 | pencil dispenser | | black dispenser | | $0 | $2 | |
| 7 | nextel | i335 | cell phones | 7x | $0 | $140 | |
| 6 | netel | | chargers for cell phone | 6x | $0 | $30 | |
| 1 | | | coffee maker 5 cup | | $0 | $10 | |
| 1 | | | Conference Table | | $0 | $200 | |
| 1 | Ritetemp | | Cool-Air | | $0 | $50 | |
| 5 | metal | | Credenza file cabinet | | $0 | $10 | |
| 1 | | | desk lamp | | $0 | $5 | |
| 1 | | | fax machine | | $0 | $50 | |
| 4 | metal | | file cabinet/2 drawer | x4 | $0 | $40 | |
| 10 | metal | | file cabinet/4 drawer | x10 | $0 | $150 | |
| 2 | 2 drawer | | file/safe cabinets | x2 | $0 | $80 | |
| 1 | fire cabinet | | fire king cabinet | | $0 | $60 | |
| 2 | | | head sets | x2 | $0 | $30 | |
| 6 | | | High Back Office chairs | x6 | $0 | $300 | |
| 10 | pens/pencils | | lead pencils/pens | x10 | $0 | $4 | |
| 1 | samsung | | monitor | | $0 | $60 | |
| 1 | | | office chair | | $0 | $40 | |
| 4 | panasonic | | phones | x4 | $0 | $200 | |
| 1 | HP | | Printer/Copier | | $0 | $60 | |
| 2 | | | radios | | $0 | $20 | |
| 1 | | | RW video Recorder | | $0 | $50 | |
| 1 | | | small microwave | | $0 | $40 | |
| 1 | broom | | standard broom | | $0 | $2 | |
| 2 | staplers | | standard stapler | x2 | $0 | $4 | |
| 1 | tape dispenser | | standard tape dis. | | $0 | $1 | |
| 1 | | | time card clock | | $0 | $20 | |
| 2 | | | wall clocks | x2 | $0 | $10 | |
| 1 | | | white board | | $0 | $5 | |
| | Toshiba | | copier | | | $500 | |
| 4 | back braces | | | x4 | $0 | $20 | |
| | | | TOTAL | | | $2,253 | |
| | | | | | | | |
| | | | | | | | |

B6C (Official Form 6C) (12/07)

In re    <u>TSAR, a not for profit California corporation</u>        Case No.   _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6D (Official Form 6D) (12/07)**

In re <u>TSAR, a not for profit California corporation</u>,          Case No. _____
          **Debtor**          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1631 <br><br> Dell Financial Services LP <br> One Dell Way <br> Round Rock TX 78682 | | | Incurred: February 2008 <br> Lien: Equipment Lessor <br> Security: Dell computers, monitors, speakers (3 sets), color laser printer <br><br> VALUE $ 1,500.00 | | | | 3,301.40 | 1,801.40 |
| ACCOUNT NO. 3915 <br><br> Pitney Bowes <br> 5101 Interchange Way <br> Louisville KY 40229 | | | Lien: Equipment Lessor <br> Security: Postage machine <br><br> VALUE $ 100.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

<u>    0    </u> continuation sheets attached

| | | Subtotal➤ <br> (Total of this page) | $ 3,301.40 | $ 1,801.40 |
|---|---|---|---|---|
| | | Total➤ <br> (Use only on last page) | $ 3,301.40 | $ 1,801.40 |
| | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6E (Official Form 6E) (12/07)

In re  TSAR, a not for profit California corporation                ,      Case No._____
_____                                    (if known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6E (Official Form 6E) (12/07) - Cont.**

In re ___TSAR, a not for profit California corporation_____,     Case No._____
                          Debtor                                                      (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              2
                         ____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re ___TSAR, a not for profit California corporation_____ ,  Case No. _____
       **Debtor**                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)  Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37-5 <br><br> Employment Development Dept Bankruptcy Special Procedures Group P O Box 826880 MIC 92E Sacramento CA 94280 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 6401 <br><br> Sacramento County 700 H Street Sacramento, CA 95814 | | | Unsecured personal property taxes | | | | 186.54 | 0.00 | 186.54 |
| ACCOUNT NO. 5974 <br><br> Sacramento County Department of Finance 700 H Street Room 1710 Sacramento CA 95814 | | | | | | | 259.69 | 0.00 | 259.69 |
| ACCOUNT NO. 2000 <br><br> Sacramento County Assessor 700 H Street Sacramento, CA 95814 | | | Consideration: personal property taxes | | | | 900.00 | 0.00 | 900.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 1,346.23 $ 0.00 $ 1,346.23

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

**B6E (Official Form 6E) (12/07) - Cont**.

In re ___TSAR, a not for profit California corporation_____,          Case No. _____
                       **Debtor**                                                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)          Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6000<br><br>Sacramento County Tax Collector☐<br>P.O. Box 508<br>Sacramento CA  95812 | | | Consideration:<br>Building taxes | | | | 900.00 | 0.00 | 900.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤ | $ 900.00 | $ | $

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ 2,246.23 | | 

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ 0.00 | $ 2,246.23

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07)**

In re  <u>TSAR, a not for profit California corporation</u>                          Case No. _____
               **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> 3in1 Technolgies <br> 6610 Folsom Auburn Rd. Ste 5- 20 <br> Folsom, CA 95630 | | | | | | | 0.00 |
| ACCOUNT NO. <br> A-Applied Mailing Services Inc. <br> 6830 Antelope Rd #H <br> Citrus Heights CA  95621 | | | | | | | 1,500.00 |
| ACCOUNT NO. <br> A-One Bookkeeping <br> P.O. Box 934 <br> Nevada City, CA 95959 | | | Consideration: bookkeeping services | | | | Notice Only |
| ACCOUNT NO. <br> A. Warren McClaskey Adult Center <br> 5441 J Street <br> Sacramento , CA 95819 | | | | | | | 0.00 |

<u>  79  </u> continuation sheets attached

                                        Subtotal ➤ | $ | 1,500.00

                                           Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re　TSAR, a not for profit California corporation　　　,　　　Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Academy Of Fund Raising <br> 828 I Street <br> Sacramento , CA 958124-2508 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Acme Printing <br> 1211 C Street <br> Sacrmento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Act 1 Personnel Services <br> 1515 South El Camino Real 3rd floor <br> San Mateo, CA 94402 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> ADP <br> One ADP Blvd <br> Roseland NJ  07068 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Adrian Campos <br> 621 Oldham Lane <br> New Castle, CA 95658 | | | | | | | 0.00 |

Sheet no. 1 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　　0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation         ,          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Advanced Laser Products 4878 Pasadena Avenue Sacramento , CA 95841 | | | | | | | 0.00 |
| ACCOUNT NO.   T054 | | | | | | | |
| AFLAC 1932 Wynnton Road Columbus , Ga 31999 | | | | | | | Notice Only |
| ACCOUNT NO.   2398 | | | | | | | |
| Airtouch Cellular 1 California Street San Francisco, CA 94120-7304 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Al Aldrete 2553 Allen Circle Woodland CA  95776 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Alameda County Bar Association 360 22nd Street Ste 800 Oakland , CA 94612 | | | | | | | 0.00 |

Sheet no.  2   of 79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation                ,          Case No. _____
　　　　　　　　　　　　　**Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  618 <br><br> Alhambra & Sierra Springs <br> 6750 Discovery Blvd <br> Mableton GA  30126 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Allardyce Resources <br> P.O. Box 2031 <br> Carmichael, CA. 95609 | | | Consideration: HR Services | | | | 2,000.00 |
| ACCOUNT NO. <br><br> Alta California Regional Center <br> 2031 Howe Avenue <br> Sacramento CA  95825 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Amanamchnologies LLC <br> 3811 Florin Road #27C <br> Sacramento , CA 95823 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Amy Richey <br> P.O. Box 456 <br> Carmichael, CA 95609 | | | | | | | 0.00 |

Sheet no.  3  of  79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,000.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   <u>TSAR, a not for profit California corporation</u> ,      Case No. <u>                  </u>

           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Andrew L. Varanelli <br> 6307 St. James Drive <br> Carmicheal, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> ARC- Califorina <br> 1225 8th Street Ste 590 <br> Sacramento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO.   0744 <br><br> Arvey  Paper & Office <br> 3351 Addison Street <br> Chicago, IL 60618-0453 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Aspen Publishers, Inc <br> 7201 Mckinney Circle <br> Frederick, MD 21705-0911 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Assured Processing Services <br> 9960 Business Park Drive <br> Sacramento, CA  95827 | | | | | | | 0.00 |

Sheet no. <u>4</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                             Subtotal ➤   $        0.00

                                                    Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation _____ ,          Case No. _____
                       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6866  <br> AT&T <br> P.O. Box 6463 <br> Carol Stream, IL 60197 | | | | | | | 500.00 |
| ACCOUNT NO. 8817 <br> AT&T Mobility <br> P.O. BOX 515188 <br> Los Angeles, CA 90051 | | | | | | | 750.00 |
| ACCOUNT NO. <br> Attorney General <br> Charitable Trusts Reg. <br> P.O. Box 903447 <br> Sacramento, CA 94203 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Avlex <br> 9401 James Avenue South <br> Bloomington, MN 55431 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Barbara Gaffney <br> 1430 SW Barrow Lane <br> Portland , OR 97221 | | | | | | | 0.00 |

Sheet no. 5 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,250.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation      ,      Case No. _____

           **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Barbara M Evangelisti<br>6512 Craighurst Drive<br>North Highlands, CA 95660 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Beth Miller<br>7625 Oak Grove Ave<br>Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Beth Ruggles<br>1116 Mariemont Ave<br>Sacramento, CA 95864 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Betty Diebolt<br>735 Los Lunas Way<br>Sacramento, CA 95833 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Billie Sue Rickman<br>4931 Whitney Ave<br>Carmichael, CA 95608 | | | | | | | 0.00 |

Sheet no. 6 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal ►   $        0.00

           Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation   ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bob Dickens P.O. Box 641 Citrus Heights, CA 95611-0641 | | | | | | | 0.00 |
| ACCOUNT NO. Bode & Bode Lock & Safe 1215 21st Street Sacramento, CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. Bread Store 1716 J Street Sacramento, CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. Brian Bartlett 3624 Del Paso Boulevard Sacramento, CA 95834 | | | | | | | 0.00 |
| ACCOUNT NO. Brian O'Reilly 365 East O Street Benicia CA  94510 | | | Former board member | | | | Notice Only |

Sheet no. _7_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re  TSAR, a not for profit California corporation        ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bright Pages, LLC<br>P.O. Box 3505<br>New York, NY 10008-3505 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Bulls Private Security<br>P.O. Box 41912<br>Sacramento, CA 95841 | | | | | | | Notice Only |
| ACCOUNT NO.   pt.1<br><br>Burkett's<br>8520 Younger Creek Dr<br>Sacramento, CA 95828 | | | | | | | 2,500.00 |
| ACCOUNT NO.<br><br>By The Numbers<br>7840 Madison Ave Ste. 185<br>Fair Oaks, CA 95628 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>C & H Distributors, Inc<br>P.O. Box 88031<br>Milwaukee, WI 53288-0031 | | | | | | | 0.00 |

Sheet no.  8  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,500.00
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                  **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> C & S Telecommunications, Inc. <br> PO Box 276363 <br> Sacramento, CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> C.P.P. Alarm <br> P.O. Box 255666 <br> Roseville, CA 95687 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CA State Disbursement Unit <br> PO Box 989067 <br> Sacramento, CA 95865 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Calendars c/o At A Glance.com <br> PO Box 526020 <br> Sacramento , CA 95811 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> California Chamber of Commerce <br> PO Box 526020 <br> Sacramento , CA 95852-9932 | | | | | | | 0.00 |

Sheet no.  9  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re  TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Califomia Telephone <br> 150 South Orchard Avenue <br> Vacaville, CA 95688 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> California Disability Community Action Ne <br> 1225 8th Street Ste 480 <br> Sacramento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> California Office Furniture, Inc. <br> 1724 10th Street <br> Sacramento , CA  95814-6407 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> California Secretary of State <br> P.O. Box 944230 <br> Sacramento , CA 94244-2300 | | | | | | | 0.00 |
| ACCOUNT NO.  0047 <br><br> Capitol Association Plans <br> P.O.Box 3040 <br> Fair Oaks, CA 95628 | | | | | | | 250.00 |

Sheet no. 10 of 79 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  250.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carla Raubach <br> 1145 Vauxhall Avenue <br> Galt, CA 95632 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Carla Tapella <br> Webb Patterson & Tapella <br> 906 G Street Ste 630 <br> Sacramento CA  95814 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Carole Martinson <br> 8375 Robina Court <br> Orangevale, CA 95662 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Carrol Kuzma <br> 7613 Tierra Arbor Way <br> Sacramento , CA 95828 | | | Former board member | | | | Notice Only |
| ACCOUNT NO. <br><br> Catherine L. Huges <br> 2041 Hallmark Drive Ste 11 <br> Sacrametno CA  95825 | | | | | | | Notice Only |

Sheet no. __11__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $        0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation   ,      Case No. _____
                 **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cazenio Telecom <br> 440 Elkhorn Blvd. #7-71 <br> Rio Linda, Ca 95673 | | | | | | | 500.00 |
| ACCOUNT NO. <br><br> Center for Human Rights, Law & Advocacy <br> 112 I Street #250 <br> Sacramento, CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Century Management Co <br> 1001 Enterprise Wa #250 <br> Roseville CA  95678 | | | Management company for Pell Drive | | | | Notice Only |
| ACCOUNT NO.  3001 <br><br> Chapman & Associates <br> P.O. Box 5455 <br> Pasedena, CA 91117 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Christine Schoen <br> 2231 52nd Street <br> Sacramento, CA 95817 | | | | | | | 0.00 |

Sheet no. 12 of 79 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      500.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Christopher Pierce Ent. <br> 55 Quinta Court Ste C <br> Sacramento, CA 95823 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CHW Medical Foundation <br> 3400 Data Drive <br> Rancho Cordova, CA 95670 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Cincinnati Time of No. CA. <br> 7038 High Sierra Court <br> Orangevale, CA 95662 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Cingular <br> PO Box 60017 <br> Los Angeles, CA 90060 | | | | | | | 0.00 |
| ACCOUNT NO.  2199 <br><br> Cintas First Aid & Safety <br> 1200 Del Paso Rd #130 <br> Sacramento, CA 95834 | | | | | | | 850.00 |

Sheet no.  13  of  79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 850.00

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation          ,          Case No. _____
                            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2394 <br><br> Cintas First Aid & Safety <br> 1200 Del Paso Rd #130 <br> Sacramento, CA 95834 | | | | | | | 225.00 |
| ACCOUNT NO. <br><br> Citrus Heights Chamber of Commerce <br><br> P.O. Box 1917115-A <br> Citrus Heights, CA 95621 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Colleen Green <br> 923 Sterling Cir <br> Folsom, CA 95630 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Community Health Charities of CA <br> 530 Bercut Drive Ste C <br> Sacramento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Community Integrated Work Program <br> 3628 Madison Avenue Ste 17 <br> North Highlands, CA 95660 | | | | | | | 0.00 |

Sheet no.  14  of 79  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        225.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0507 <br><br> Community Services Planning Council <br> 909 12th Street Ste 200 <br> Sacramento , CA 95814 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Copy Coner <br> P.O. Box 641 <br> Citrus Heights, CA 95611-0641 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> COSTCO <br> P.O. Box 34535 <br> Seattle, WA 98124-1535 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> County of Sacramento - Medical <br> 9616 Micron Avenue <br> Sacramento, CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CPP Alarm and Video, Inc. <br> P.O. Box 255666 <br> Sacramento, CA 95865 | | | | | | | 0.00 |

Sheet no. 15 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Crown Awards Nine Skyline Drive Hawthorne, NY 10532 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Dave Richardson 7201 SOUTH 1AND pARK dRIE nO. 200 sACRAMETNO ca  95831 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| David & Mary Anderson 6765 Bender Court Sacramento, CA 95820 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| David Hulse 6524 Fordham Way Sacramento, CA 95831 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| David Morgan 6015 Bear Creek Road Elk Grove CA  95758 | | | | | | | Notice Only |

Sheet no.  16  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>TSAR, a not for profit California corporation</u> ,      Case No. <u>                 </u>

                   **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Del Paso Blvd Florist<br>2431 Del Paso Boulevard<br>Sacramento, CA 95815 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Department of Fair Employment & Housing<br>State of California<br>2218 Kausen Drive Ste 100<br>Elk Gove CA 95758 | | | possible complaint by Lisa Taylor | | | | Notice Only |
| ACCOUNT NO.<br><br>Department of Health & Human Services<br>9616 Micron Avenue Ste 850-B<br>Sacramento , CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Department of Industrtial Relations<br>P.O. Box 420603<br>San Fancisco, CA 94142 | | | | | | | 0.00 |
| ACCOUNT NO. 7602<br><br>Department of Motor Vehicles<br>P.O.Box 825339<br>Sacramento , CA 94232 | | | | | | | 500.00 |

Sheet no. <u>17</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        500.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re     TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dept 51-7862001657 P.O.Box 689020 Des Moines IA  50368 | | | | | | | 2,500.00 |
| ACCOUNT NO. Dept. of Justice P.O. Box 903447 Sacramento , CA  94203 | | | | | | | 0.00 |
| ACCOUNT NO. Dial One 7764 Spring Valley Avenue Citrus Heights, CA 95210 | | | | | | | 0.00 |
| ACCOUNT NO. Diana Bassi 825 38th Street Apt. #3 Sacramento, CA 95816 | | | | | | | 0.00 |
| ACCOUNT NO. Diana Moorman 3810 Regent Road Sacramento, CA 95821 | | | | | | | 0.00 |

Sheet no. 18 of 79 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $        2,500.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation          ,        Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Diane Avampato 4629 Careyback Avenue Elk Grove, CA 95758 | | | Former board members | | | | 0.00 |
| ACCOUNT NO.  Diversified Metal Frabricators 1500 S. 169 Hwy. Smithville, MO 64089 | | | | | | | 0.00 |
| ACCOUNT NO.  60-8  Division of OSHA State of California P.O.Box 420603 San Francisco, CA 94142 | | | | | | | 3,000.00 |
| ACCOUNT NO.  DMS 9616 Micron Avenue #850 Sacramento, CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO.  Domain Registry of America 2316 Delaware Avenue #266 Buffalo, NY 14216-2687 | | | | | | | 0.00 |

Sheet no. __19__ of __79__  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 3,000.00
Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation         ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Donna Walker<br>6253 Cavan Drive, Apt. 1<br>Citrus Heights, CA 95621 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Donna Wooley<br>7009 Kingsmill Way<br>Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Dorinda S. Chu<br>9037 Meadowsweet Way<br>Elk Grove, CA 95624 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Doubletree Hotel<br>2001 Pointwest Way<br>Sacramento , CA 95815 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Down Syndrone Info Allance<br>925 L Street #1200<br>Sacramento , CA 95814 | | | | | | | 0.00 |

Sheet no.  20  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re　TSAR, a not for profit California corporation　　　　,　　　Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Drobny Law Offices<br>4180 Truxel Rd. #100<br>Sacramento, Ca 95834 | | | Consideration: legal services awarded to grant recipient | | | | 6,000.00 |
| ACCOUNT NO.<br><br>DW Sacramento LLC<br>P.O. Box 51106<br>Los Angeles, CA 90051 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Edward E. Wacaster<br>11205 Lime Kiln Road<br>Grass Valley CA 95949 | | | Former board member | | | | Notice Only |
| ACCOUNT NO.<br><br>Elaine Shields<br>5400 Grant Ave<br>Carmichael, CA 95608 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Elena Olivia Armistead<br>1850 Club Center Drive Apt 328<br>Sacramento CA 95838 | | | Former office manager | | | | Notice Only |

Sheet no. 21 of 79 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 6,000.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation     ,      Case No. _____
        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Elizabeth Fernandez <br> 1836 Larkin Way <br> Sacramento, CA 95818 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Employment Screening Services <br> 627 E.Sprague #100 <br> Spokane, WA 99202 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Enabling Devices <br> 385 Warburton Avenue <br> Hastings-on-Hudson, NY 10706-2837 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Erendiva Bouthillas <br> 8350 Milano Court <br> Sacramento , CA 95828 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Erwin Berke <br> 4341-71st Street <br> Sacramento, CA 95820 | | | | | | | Notice Only |

Sheet no. 22 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation         ,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Essary, Dal Porto & Low<br>3000 S Street #300<br>Sacramento , CA 95816 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Excel Telecom<br>P.O. Box 78129<br>Phoenix, AZ 85062-8129 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Exceptional Parent<br>P.O. Box 2078<br>Marion, OH 43306-2178 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>EZ Graphics & Signs<br>3731 Stockton Blvd.<br>Sacramento, Ca 95820 | | | | | | | 900.00 |
| ACCOUNT NO.<br><br>F & M Bank<br>7272 Franklin Blvd<br>Sacramento CA  95823 | | | | | | | Notice Only |

Sheet no.  23  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        900.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation  ,     Case No. _____

       **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Fairytale Productions <br> P.O. Box 169 <br> Rio Linda, CA 95673 | | | | | | | 0.00 |
| ACCOUNT NO.   91-9 <br> FedEx <br> P.O.Box 7221 <br> Pasedena, Ca 91109 | | | | | | | 600.00 |
| ACCOUNT NO.   5702 <br> FireCode <br> 3722 W. Pacific Ave <br> Sacramento , Ca 95820 | | | | | | | 250.00 |
| ACCOUNT NO. <br> First Choice Services <br> 5091 Kelton Way <br> Sacramento , CA  95838 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Flex One <br> Aflac <br> Columbus , GA 31999-1140 | | | | | | | 0.00 |

Sheet no.   24   of   79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 850.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re  TSAR, a not for profit California corporation      ,          Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Frasinetti Winery 7395 Frasinetti Road Sacramento, CA 95828 | | | | | | | Notice Only |
| ACCOUNT NO. Fred Pryor Seminars P.O. Box 410498 Kansas City, MO 64141-0498 | | | | | | | 0.00 |
| ACCOUNT NO. Furniture for the Office 8630 Monica Avenue Orangevale, CA 95662 | | | | | | | 0.00 |
| ACCOUNT NO. G & S Electric 3950 Todd Rd Auburn CA 95602 | | | | | | | 900.00 |
| ACCOUNT NO. Gaines 4454 Gateway Park Blvd #671 Sacramento , CA 95835 | | | | | | | 0.00 |

Sheet no. 25 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 900.00
Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Gary Tyler 10519 Bruceville Road Elk Grove, CA 95757 | | | | | | | 0.00 |
| ACCOUNT NO.  GE Capital P.O. Box 31001-0497 Pasedena, CA 91110 | | | | | | | Unknown |
| ACCOUNT NO.  George Kadzhikayan 7795 Antelope Road #74 Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO.  Geraldine Sarles 613 Henry Street Folsom, CA 95630 | | | | | | | 0.00 |
| ACCOUNT NO.  Give Something Back 7700 Edgwater Drive #400 Oakland, CA 94621 | | | | | | | 0.00 |

Sheet no.   26   of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,        Case No. _____
                **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Global Industrial Equipment <br> 120 Satelite Blvd #B Dept HN <br> Suwanee, GA 30024 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> GrayBar Financial Services <br> P.O.Box 550599 <br> Jacksonville , FL 32255 | | | | | | | 2,200.00 |
| ACCOUNT NO.   0385 <br><br> Great American Ins. Co <br> 49 East Fourth St <br> Cincinnati, OH 45202 | | | | | | | 25,000.00 |
| ACCOUNT NO. <br><br> Grubb & Ellis Company <br> 1610 Arden Way #195 <br> Sacramento , CA 95815 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> GS Chapman & Associationes <br> P O Box 5455 <br> Pasadena CA  91117 | | | | | | | Notice Only |

Sheet no. 27 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     27,200.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Guardian<br>7 Hanover Square<br>New York, NY 10004 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Guardian<br>P.O. Box 51505<br>Los Angeles, CA 90051 | | | | | | | 14,000.00 |
| ACCOUNT NO.  6852<br><br>Guardian<br>Western Regional Office<br>P.O. Box 2454<br>Spokane WA  99210 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Guthrie & Ellerman<br>3461 Robin Lane #2<br>Cameron Park, CA 95682 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Guy Haines<br>P.O. Box 142<br>Clear Springs, MD 21722 | | | | | | | 0.00 |

Sheet no.  28  of  79  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          14,000.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re TSAR, a not for profit California corporation ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gwenice Garnett <br> 2361 Bridlewood Drive <br> Rancho Cordova, CA 95670 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> H&H Occupational Medical <br> 7600 Hospital Drive #D <br> Elk Grove , CA 95759 | | | | | | | 600.00 |
| ACCOUNT NO. 4463 <br><br> Haines & Co. Inc. <br> P.O. Box 2117 <br> North Canton, OH 44720 | | | | | | | 475.00 |
| ACCOUNT NO. <br><br> Hal O'Brien <br> 6437 Meadowcreek Way <br> Sacramento, CA 95621 | | | | | | | 0.00 |
| ACCOUNT NO. 36-2 <br><br> Haulaway Storage Containers Inc <br> P.O.Box 186 <br> Stanton, CA 90680 | | | | | | | 3,500.00 |

Sheet no. 29 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,575.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation_____,   Case No. _____
              **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hewan Yohannes <br> 8725 La Riviera Drive, Apt. 181 <br> Sacramento, CA 95826 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Hi Tech Auto Care <br> 6939 Power Inn Road <br> Sacramento , CA 95828 | | | | | | | 0.00 |
| ACCOUNT NO.  0919 <br><br> Holt Financial <br> 1101 Fulton Ave <br> Sacramento, CA 95825 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> IC Wireless <br> 5009 Windplay #3 <br> El Dorado Hills , CA 95762 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Info-Chip Communications Ltd <br> 1685 H Street-PMB222 <br> Blaine, WA 95230 | | | Consideration: Telephone "on-hold" subscription | | | | 400.00 |

Sheet no. _30_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 400.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation            ,          Case No. _____
                        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Infoline Sacramento 828 I Street 5th Floor Sacramento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| InnerCite 4989 Golden Foothill Parkway Ste 4 El Dorado Hills , CA 95762 | | | | | | | 0.00 |
| ACCOUNT NO.   8539 | | | | | | | |
| Integra Telecom 1201 NE Lloyd Blvd #500 Portland, OR 97232 | | | | | | | 1,000.00 |
| ACCOUNT NO. | | | | | | | |
| InWest Insurance Services P.O. Box 1099 Santa Maria , CA 93456 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| IOSCapital P.O. Box 650073 Dallas , TX 75265-0073 | | | | | | | 0.00 |

to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,000.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Irene Cormane <br> 8225 Crystal Walk Circle <br> Elk Grove, CA 95758 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Jacks Locksmith <br> 216 Jackson Street <br> West Sacramento, CA 95691 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> James Cralle <br> 8300 Fiar Oaks BLvd # 303A <br> Carmichael, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> James Mikacich <br> 1214 F Street <br> Sacramento CA  95814 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> James Security <br> P.O. Box 2036 <br> Oroville, CA 95965 | | | | | | | 0.00 |

Sheet no. _32_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>TSAR, a not for profit California corporation</u> ,       Case No. <u>                         </u>
                        Debtor                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| James Stanfield Co Inc P.O. Box 41058 Santa Barbara, CA 93140 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Secretary, Board of Directors | | | | |
| Jan Stendahl 3280 Point Pleasant Road Elk Grove, CA 95757 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Jane Bullen 8104 Glen Creek Way Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Janet & George MacMurphey 3607 Miami Street Sacramento, CA 95821 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Former President, Board of Directors | | | | |
| Jason Richey aka Jacob Richey 4513 Castle Grove Way Elk Grove, Ca 95758 | | | | | | | Notice Only |

Sheet no. <u>33</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

              Subtotal ➤   $          0.00

              Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jay Vallone<br>P.O. Box 232501<br>Sacramento, CA 95823 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>JobTrak<br>19647 Westwood Blvd. 3rd floor<br>Los Angeles, CA 90025 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Joey Ventittelli<br>9456 Butterfield Way<br>Sacramento , CA 95838 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>John Mueller<br>8284 Winkler Way<br>Sacramento, CA 95826 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Joyce Fletcher<br>4701 Bellue Street<br>Carmichael, CA 95608 | | | | | | | Notice Only |

Sheet no. __34__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation   ,        Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JTM Locksmith/John Wray <br> 742 Elverta Road <br> Elverta, CA 95626 | | | | | | | 200.00 |
| ACCOUNT NO. <br> Jump World <br> P.O. Box 293054 <br> Sacramento , CA 95829 | | | | | | | 0.00 |
| ACCOUNT NO. <br> JWS Promotions <br> P.O. Box 417818 <br> Sacramento, CA 95841 | | | | | | | 0.00 |
| ACCOUNT NO. <br> KAD Investments <br> 1581 Deer Hollow Way <br> Roseville CA  95661 | | | Consideration: Lease <br> 3000 T Street office | | | | Unknown |
| ACCOUNT NO. <br> Kathy Omlin <br> 7470 Center Parkway <br> Sacramento, CA  95823 | | | | | | | Notice Only |

Sheet no. _35_ of _79_ continuation sheets attached                                    Subtotal ➤  | $          200.00
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                                      Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kathy Rhymes <br> 8233 E. Stockton Blvd, Suite A <br> Sacramento, CA 95828 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Ken's Map Service <br> 1834 Noemi Drive <br> Concord, CA 94520 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Kergel Auto Body <br> 370 Kentucky Avenue <br> Woodland, CA 95695 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Kimberly Boettcher <br> 8608 Callippe Way <br> Elk Grove, CA 95624 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Kiyo's Floral Shop <br> 1101 T Street <br> Sacramento CA 95814 | | | | | | | Notice Only |

Sheet no. __36__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $          0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation        ,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Labor Ready P.O. Box 31001-0257 Pasadena, CA 91110 | | | | | | | 0.00 |
| ACCOUNT NO.   5034 | | | | | | | |
| Lakeview Petroleum P.O. Box 510 Marysville  CA 95901 | | | | | | | 650.00 |
| ACCOUNT NO. | | | | | | | |
| LaRay Plymer 9130 Nolan Street Apt 1034 Elk Grove CA  95758 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Laser Age Inc. 3437 Myrtle Avenue #335 North Highlands, CA 95660 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Laser Recharge 9935 Horn Road #A Sacramento , CA 95827 | | | | | | | 0.00 |

Sheet no.  37  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         650.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>TSAR, a not for profit California corporation</u>  ,

     **Debtor**

Case No. _____

         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Laurel Ruff School <br> 5325 Garfield Avenue <br> Sacramento , CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Law Office of Gray and Thurn Inc <br> 195 Cadilliac Drive <br> Sacramento , CA 95825 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Law Office of R. Jeff Busch <br> 2483 Sunrise Blvd #A <br> Gold River , CA 95670 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Law Office of Tosh G. Yamamoto <br> 7201 S. Land Park Drive #200 <br> Sacramento , CA 95831 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Law Offices of Gary Appleblatt <br> 3610 American River Drive #112 <br> Sacramento , Ca 95864 | | | Consideration: legal services for grant recipient | | | | 4,500.00 |

Sheet no. <u>38</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      4,500.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,       Case No. _____
                    **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Law Offices of Greta Jenkins<br>P.O.Box 521<br>Rio Vista, CA 94571 | | | Consideration: legal services for grant recipient | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Learning Disabilities Assn of America<br>4156 Library Road<br>Pittsburgh, PA 15234-1349 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Lehman Black<br>9400 Barrek Racer Ct<br>Wilton, CA 95693 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Lighthouse Systems Inc<br>3820 Auburn Blvd. #100<br>Sacramento , CA  95821 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Lillian Pelech<br>8780 Madison Ave. Apt. #104<br>Fair Oaks, CA 95628 | | | | | | | 0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

Sheet no. _39_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      4,500.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  TSAR, a not for profit California corporation        ,          Case No. _____
                          **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda Dankman<br>Attorney at Law<br>2601 24th Street<br>Sacramento, CA 95818 | | | Consideration: Legal services for grant recipient(s) | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Lisa California<br>2020 Main Street<br>Sacramento , CA 95838 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Lisa Taylor<br>7317 Sylvan Grove Way Apt 1034<br>Citrus Heights CA 95610 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Lisa Taylor<br>P O Box 1052<br>Citrus Heights CA 95611 | | | Consideration: potential claim with DFEH and EEOC | X | X | | Notice Only |
| ACCOUNT NO.<br><br>Lithographics<br>1616 J Street<br>Sacramento , CA 95814-2021 | | | | | | | 0.00 |

Sheet no. 40 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $   4,500.00

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lonnie Russell 2628 Willow Way Carmichael, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. Lynn Andres 4345 Surita Street Sacramento, CA 95864 | | | | | | | 0.00 |
| ACCOUNT NO. M Power P.O. Box 60767 Los Angeles, CA 90060-0767 | | | | | | | 0.00 |
| ACCOUNT NO. Manzanita Medical Clinic 5810 Jameson Court #1 Carmichael, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. Marcias Gini & O Connell LLP 3000 S Street Sacramento , CA 95816 | | | | | | | 0.00 |

Sheet no. 41 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re __TSAR, a not for profit California corporation__,          Case No. _____
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maria Mangubat 3910 Auburn Blvd, #44 Sacramento, CA 95821 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mark Herbert Graphic Design P.O. Box 161394 Sacramento , CA 95816 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mark Hyjek Attorney at Law 4406 San Jaun Avenue #2 Fair Oaks CA 95628 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Mark Jimenez 3724 Chamberlain Way Sacramento, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Marr Services P.O. Box 641 Penryn , CA 95663 | | | | | | | 0.00 |

Sheet no. _42_ of _79_ continuation sheets attached                    Subtotal ► | $          0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                            Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re ___TSAR, a not for profit California corporation___,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Maxine Richey <br> 4513 Castle Grove Way <br> Elk Grove, Ca 95758 | | | Former employee and mother of former board president | | | | Notice Only |
| ACCOUNT NO. <br><br> Maye Dickey Care Home <br> 7880 Vista Ridge Drive <br> Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Melissa Kinley <br> 8835 Land Star Way <br> Elk Grove CA 95758 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Mercury Mail Services <br> 1971 Davis St <br> San Leandro , CA 94577 | | | | | | X | 35,000.00 |
| ACCOUNT NO. <br><br> Michael A Mahoney <br> 10231 Jenny Lynn Way <br> Elk Grove, CA 95758 | | | | | | | 0.00 |

Sheet no. __43__ of __79__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ➤ | $ | 35,000.00 |
|---|---|---|---|
|  | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,        Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael Pearce<br>8110 Pocket Road Ste 102<br>Sacramento CA  95831 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Midland National Life Ins Co<br>One Midland Plaza<br>Sloux Falls , SD 57193-9149 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Mike Wooley<br>7009 Kingsmill Way<br>Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Mildred Gaebe<br>9429 Buffalo Avenue<br>Orangevale, CA 95662 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Misty Spaeth<br>2985 Portsmouth Dr<br>Rancho Cordova, CA 95670 | | | | | | | 0.00 |

Sheet no.  44  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mobile Mini LLC-CA <br> P.O. Box 79149 <br> Phoenix, AZ 85062-9149 | | | | | | | 0.00 |
| ACCOUNT NO.   4919 <br> Monitor Liability Managers LLC <br> 2850 West Golf Road Ste 800 <br> Rolling Meadows IL  60008 | | | insurance denial | | | | Notice Only |
| ACCOUNT NO. <br> Mr. & Mrs. Thomas Moulton <br> 7655 Scribner Avenue <br> Citrus Heights, CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO. <br> N.M.S Properties <br> 533 Airport Blvd #3115 <br> Burligame , CA 94010 | | | | | | | 0.00 |
| ACCOUNT NO. <br> NASDDS <br> 113 Oranco Street <br> Alexandria , VA 22314 | | | | | | | 0.00 |

Sheet no.  45  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $        0.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| National Down Syndrome Congress 7000 Peachtree Dunwoody Rd Bld 5 #100 Atlanta  GA 30328 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Nationwide Financial P.O. Box 182021 Columbus, OH 43218 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| NCP 200 First Street NE Staples , MN 56479 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Network Solutions Inc. P.O. Box 17305 Baltimore, MD 21297 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Nia Skillern 7895 Tierra Glen Way Sacramento, CA 95828 | | | | | | | 0.00 |

Sheet no. __46__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $           0.00

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation          ,          Case No. _____
　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NMS Properties<br>2151 Professional Drive #200<br>Roseville, CA 95661 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Non Profit Resources Center<br>1331 Garden Highway<br>Sacramento , CA 95833 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Norcal Center on Deafness Inc<br>4708 Roseville Road #112<br>North Highlands , CA 95660 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>NorCal Interpreting<br>1820 Tribute Road #A<br>Sacramento , CA 95815 | | | | | | | 0.00 |
| ACCOUNT NO.  -SAR<br><br>Norquist Salvage Corp<br>2151 Professional Drive #200<br>Roseville , CA 95661 | | | | | | | Notice Only |

Sheet no. __47__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $            0.00
Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation    ,       Case No. _____

           **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Office of the Attorney General <br> 1300 "I" Street <br> P.O. Box 944255 <br> Sacramento, CA 94244-2550 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Office Team <br> P.O. Box 60000 <br> San Francisco, CA 94160-3484 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Orange Grove Adult School <br> 4640 Orange Grove Avenue <br> Sacramento , CA 95841 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Outback Solutions <br> 815 El Chorro Way <br> Sacramento , CA 95864 | | | Consideration: website maintenance | | | | 600.00 |
| ACCOUNT NO. <br><br> Pacific Gulf Properties Inc <br> P.O. Box 515394 <br> Los Angeles, CA 90051 | | | | | | | 0.00 |

Sheet no. __48__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal ➤    $       600.00

                            Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pacific West 5699 Kanan Road 316 Agoura Hills , CA 91301 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Paige Ashley 3443 Grant Park Grive Carmichael, CA 95608 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Palmer & Cay P.O. Box 847 Savanah , GA 31402-0847 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Pam Marr P.O. Box 641 Penryn, CA 95663 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Pamela A Morris 3950 Mack Road #100 Sacramento, CA 95823 | | | | | | | 0.00 |

Sheet no. __49__ of __79__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $          0.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation   ,      Case No. _____

                **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pamela Baylor<br>3340 Arbor Way<br>Sacramento, CA 95821 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>PaperDirect Inc<br>1025 E. Woodmen Road<br>Colorado Springs, CO 80920 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Paratransit Inc Childrens Center<br>P.O. Box 231100<br>Sacramento, CA 95823 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Parent Magazine<br>1716 Locust Street<br>Des Moines, IA 50309-3023 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Parent Power<br>P.O. Box 330<br>West Brookfield, MA 01585 | | | | | | | 0.00 |

Sheet no.  50  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re　TSAR, a not for profit California corporation　　　,　　　Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Parents Monthly Magazine 950 Fulton Ave #125 Sacramento, CA 95825 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Pasquals Carpet Care 8781 Sapphire Court Elk Grove, CA 95624 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Patricia Rollings 7915 Pavin Court Sacramento, CA 95829 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Patsy Schiff 5025 J Street Sacramento CA  95819 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Paul Johnson 5 Park Sierra Lne Sacramento, CA 95864 | | | | | | | 0.00 |

Sheet no. 51 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　　0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation          ,          Case No. _____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Paul W. Johnson & Associates inc. P.O. Box 660575 Sacramento , CA 95866-1575 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Paula David 6344 Nugget Drive Forest Hill , CA 95631 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Paychex 12150 Tributary Point Drive Gold River  CA 95670 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| PBCC P.O. Box 856460 Louiseville, KY  40285-6460 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Penny Saver P.O. Box 1149 Brea, CA 92822-1149 | | | | | | | 0.00 |

Sheet no.  52  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          0.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Penske Truck Leasing<br>53 Morrison Avenue<br>Sacramento, CA 95838 | | | Consideration: Vehicle lease<br>Vehicles surrendered September 2009 | | | | Notice Only |
| ACCOUNT NO.  0685<br><br>Penske Truck Leasing<br>P.O.Box 7429<br>Pasedena, CA 91109 | | | Consideration: Leases<br>Vehicles surrendered September 2009 | | X | | 79,142.00 |
| ACCOUNT NO.<br><br>Personnel Concepts<br>P.O. Box 5750<br>Carol Stream , IL 60197-5750 | | | | | | | 0.00 |
| ACCOUNT NO.  61-3<br><br>PG&E<br>5555 Florin Perkins Road<br>Sacramento , CA 95826 | | | Consideration: utility service at Pell Drive | | | | 25.00 |
| ACCOUNT NO.<br><br>Phillis J Pereira<br>1513 Rowena Way<br>Sacramento, CA 95864 | | | | | | | 0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

Sheet no.  53  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 79,167.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Phyllis Caughran<br>4700 McNeese Court<br>Sacramento, CA 95841 | | | | | | | 0.00 |
| ACCOUNT NO.<br>PIP Printing<br>4825 Auburn Blvd<br>Sacramento, CA 95841 | | | | | | | Notice Only |
| ACCOUNT NO.  64;<br>Pitney Bowes<br>2225 American Drive<br>Neenah WI  54956 | | | | | | | 0.00 |
| ACCOUNT NO.  2394<br>Pitney Bowes<br>P O Box 5135<br>Shelton CT  06484 | | | postage & supplies | | | | Unknown |
| ACCOUNT NO.<br>Polly Welsh McGelvray<br>1115 Alhambra Blvd<br>Sacramento CA  95816 | | | | | | | Notice Only |

Sheet no.  54  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re    TSAR, a not for profit California corporation          ,          Case No. _____
                              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Poster Compliance Center<br>9647 Folsom Blvd<br>Sacramento, CA 95827 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Precision Security<br>398 Lemon Crest Drive #43<br>Walnut Creek , CA 91789 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Presenta Plaque<br>912 S. Park LA #101<br>Tempe, AZ 85281 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Pride<br>P.O. Box 250<br>Auburn, CA 95603 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Pride Industries<br>3608 Madison Avenue #43<br>North Highlands , CA 95660 | | | | | | | 0.00 |

Sheet no. 55 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __TSAR, a not for profit California corporation__ ,      Case No. _____
                 **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                 |  |  |  |  |  |  |  |
| Protection & Advocacy Inc<br>100 Howe Avenue #185N<br>Sacramento, CA 95825  |  |  |  |  |  |  | 0.00 |
| ACCOUNT NO.                                                                 |  |  |  |  |  |  |  |
| Pryor Resources Inc.<br>P.O. Box 2951<br>Shawnee Mission , KS 66201         |  |  |  |  |  |  | 0.00 |
| ACCOUNT NO.                                                                 |  |  |  |  |  |  |  |
| Purchase Power<br>P.O. Box 856042<br>Louisville , KY 40285-6042             |  |  |  |  |  |  | 0.00 |
| ACCOUNT NO.                                                                 |  |  |  |  |  |  |  |
| Pyramid Technologies LLC<br>45 Gracey Court<br>Meriden , CT 06451           |  |  |  |  |  |  | 0.00 |
| ACCOUNT NO.                                                                 |  |  |  |  |  |  |  |
| Quill Corporation<br>P.O. Box 94081<br>Palatine , IL 60094-4081            |  |  |  |  |  |  | 0.00 |

Sheet no. __56__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

           Subtotal ➤   $        0.00

           Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation         ,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| R.I.D.E., Inc. Project 8840 Southside Avenue Elk Grove, CA 95624 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Rachel Brown 2185 68th Street Sacramento, CA 95822 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Counsel for LaRay Plymer and Lisa Taylor | | | | |
| Randy J. Harvey Attorney at Law 1415 L Street Ste 1000 Sacramento CA 95814 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Rebecca Keyes 4513 Castle Grove Way Elk Grove, CA 95758 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Legal services | | | | |
| Rediger McHugh & Hubbert LLC 555 Capitol Mall #1240 Sacramento , CA 95814 | | | | | | | Notice Only |

Sheet no. 57 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Regional Supply Center 510 Highland Avenue #350 Milford , MI 48381 | | | | | | | 0.00 |
| **ACCOUNT NO.** Regional Transit P.O. Box 2110 Sacramento , CA 95810 | | | | | | | 0.00 |
| **ACCOUNT NO.** RGM Engineering 3937 Ward Ave North Highlands , CA 95660 | | | | | | | 0.00 |
| **ACCOUNT NO.** Richard Turnquist 3624 Del Paso Boulevard Sacramento, CA 95838 | | | | | | | 0.00 |
| **ACCOUNT NO.** Rifton Equipment P.O. Box 260 Rifton, NY 12471 | | | | | | | 0.00 |

Sheet no. 58 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $        0.00
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,        Case No. _____
                      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RINA Acountancy Corporation<br>180 Grand Avenue #200<br>Oakland, CA 94612 | | | | | | | 0.00 |
| ACCOUNT NO.   1000<br><br>River City Bank VISA<br>7136 S Yale Ste 304<br>Tulsa , OK 74136 | | | Consideration: Credit Card Debt (Unsecured) | | | | 40.00 |
| ACCOUNT NO.<br><br>Robert Silvas<br>5041 Planet Parkway<br>Sacramento, CA 95823 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Robin Parks<br>8516 Casablanca Way<br>Sacramento, CA 95828 | | | Vice President, Board of Directors | | | | Notice Only |
| ACCOUNT NO.<br><br>Rocklin Speedwash<br>4745 Pacific Street<br>Rocklin , CA 95677 | | | | | | | 0.00 |

Sheet no.   59   of   79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 40.00

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation            ,          Case No. _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Roger W. Chapman Jr 2351 Marina Glen Way Sacramento CA  95833 | | | | | | | Notice Only |
| ACCOUNT NO. Roseanna Jimenez 3724 Chamberlain Way Sacramento, CA 95831 | | | | | | | Notice Only |
| ACCOUNT NO. Sabrina Tyler 10519 Bruceville Road Elk Grove CA  95757 | | | Former board member | | | | Notice Only |
| ACCOUNT NO. Sac County Dept of Medical 2100 21st Street Sacramento , CA 95818 | | | | | | | 0.00 |
| ACCOUNT NO. Sacramento Business Journal 1400 X Street Sacramento , CA 95818 | | | | | | | 0.00 |

Sheet no. 60 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　　　　0.00

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation    ,      Case No. _____
          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Sacramento City Unified School District 5735 47th Avenue Sacramento , CA 95824 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Sacramento County Office Of Education 9738 Lincoln Village Drive Sacramento, CA 95826-3889 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Sacramento County Sheriff 3341 Power Inn Road Sacramento, CA 95826 | | | Family law employee wage garnishments | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Sacramento County Superior Court Probate 3341 Power Inn Road Sacramento , CA 95826 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Sacramento Dept of Child Support Service P.O. Box 989067 West Sacramento, CA 95798-9067 | | | | | | | 0.00 |

Sheet no. _61_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $           0.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sacramento Police Alarm Unit<br>5770 Freeport Blvd. #100<br>Sacramento , CA 95822 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Sacramento Van Conversions<br>5821 Florin Perkins Road<br>Sacramento  CA  95828 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Sally Fantasia<br>5001 Hunter Leigh Place<br>Antelope, CA 95843 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Saltillo Corporation<br>2143 Township Road #112<br>Millersburg, OH 44654 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Sanborn Law<br>9370 Studio Court #100<br>Elk Grove , CA 95758 | | | | | | | 0.00 |

Sheet no. __62__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sandra Smith<br>PO Box 8002<br>Citrus Heights, CA 95621 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Sarah Stricker<br>6015 Riverside Blvd<br>Sacramento, CA 95831 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Secretary of State<br>State of California<br>P.O. Box 944230<br>Sacramento CA 95814 | | | | | | | Notice Only |
| ACCOUNT NO.<br>See's Candy<br>P.O. Box 93024<br>Long Beach, CA 90809-3024 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Sharan Holloway<br>8430 Yermo Way<br>Sacramento, CA 95828 | | | | | | | Notice Only |

Sheet no.  63  of  79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  0.00
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,      Case No. _____
                  **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -388 <br><br> Shell Fleet <br> P.O. Box 689081 <br> Des Moines, IA 50368 | | | | | | | 8,000.00 |
| ACCOUNT NO. <br><br> Sheryl Mortenson <br> 9 Glenda Court <br> Sacramento, CA 95833 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Sierra Copy Service <br> 2031 J Street <br> Sacramento , CA 95818 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Sierra Spring Water Company <br> P.O. Box 13798 <br> Sacramento , CA 95853 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Sigmaworx <br> 1515 E Kimberly Road <br> Davenport, IA 52807 | | | | | | | 0.00 |

Sheet no. 64 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $      8,000.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation    ,       Case No. _____
                 **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Silva's Sheldon Inn<br>9000 Grant Line Road<br>Elk Grove , CA 95624 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Skill Path Seminars<br>P.O. Box 804441<br>Kansas City, MO 64180-4441 | | | | | | | 0.00 |
| ACCOUNT NO.   0497<br><br>Smile Business Products Inc<br>4525 Auburn Blvd.<br>Sacramento , CA 95841 | | | Consideration: copier maintenance | | | | 300.00 |
| ACCOUNT NO.   2193<br><br>SMUD<br>6201 S Street<br>Sacramento, CA 95817 | | | Consideration: Utililty services at Pell Drive | | | | 336.00 |
| ACCOUNT NO.<br><br>South Side Art Center<br>8001-B Fruitridge Road<br>Sacramento, CA 95820-6745 | | | | | | | 0.00 |

Sheet no.  65  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $        636.00

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6F (Official Form 6F) (12/07) - Cont.**

In re   TSAR, a not for profit California corporation     ,       Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Spaceout Media <br> P.O. Box 213 <br> Placerville, CA 95667 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Spauldings Trophy Company <br> 1912 P Street <br> Sacramento , CA 95814 | | | | | | | 0.00 |
| ACCOUNT NO.   5313 <br><br> Sprint <br> P.O. Box 8077 <br> London, KY 40742 | | | Consideration: telephone service | | | | 2,000.00 |
| ACCOUNT NO. <br><br> Square D Fashions <br> 5825 Auburn Blvd. #3 <br> Sacramento , CA 95841 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Stamps.com <br> P.O. Box 120398 <br> Dallas, TX 95312-0398 | | | | | | | 0.00 |

Sheet no. 66 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                    Subtotal ▶   $      2,000.00

                         Total ▶   $

             (Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation         ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1650 <br><br> Staples <br> P O Box 653092 <br> Dallas TX  75265 | | | | | | | 400.00 |
| ACCOUNT NO.  8360 <br><br> State Compensation Insurance Fund <br> P.O. Box 9102 <br> Pleasanton, CA 94566 | | | | | | | 10,000.00 |
| ACCOUNT NO. <br><br> State Net <br> 2101 K Street <br> Sacramento , CA 95816 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> State of California <br> 1500 11th Street <br> Sacramento , CA 94244-2300 | | | | | | | 0.00 |
| ACCOUNT NO.  60-8 <br><br> State of California <br> Division of OSHA <br> P.O.Box 420603 <br> San Francisco, CA 94142 | | | | | | | 1,500.00 |

Sheet no.  67  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 11,900.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,        Case No. _____
               **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8193 <br><br> State of California <br> Franchise Tax Board <br> P O Box 1328 <br> Rancho Cordova CA  95741 | | | Consideration: Earnings withholding order <br> Trevis J. Hanley | | | | 0.00 |
| ACCOUNT NO. <br><br> Stateof California <br> Dept of Gen.Services <br> P.O. Box 1015 <br> North Highlands  CA 95660-1015 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephanie Glorioso Epolite <br> 777 Campus Commons Rd Ste 200 <br> Sacramento CA  95825 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephanie Glorioso Epolite <br> Attorney at Law <br> 777 Campus Commons <br> Sacramento , CA 95825 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen Wagner <br> 2800 18th Street <br> Sacramento, CA 95823 | | | | | | | Notice Only |

Sheet no.  68  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $             0.00

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Steve Young <br> 9612 Mirandy Drive <br> Sacramento , CA 95827 | | | | | | | Notice Only |
| ACCOUNT NO.   5034 <br> Stohlman & Rogers Inc. <br> P.O. Box 510 <br> Marysville , CA 95901 | | | | | | | 500.00 |
| ACCOUNT NO. <br> Supported Life Institute <br> 2035 Hurley Way #195 <br> Sacramento , CA 95825 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Susan Altman <br> 5705 Shadow Creek Drive <br> Sacramento, CA 95841 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Susan Roberts <br> 9093 Grove Street <br> Elk Grove, CA 95624 | | | | | | | Notice Only |

Sheet no.  69  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $          500.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation    ,      Case No. _____

               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Susan Webb <br> P.O. Box 40 <br> Forresthill, CA 95631 | | | | | | | Notice Only |
| ACCOUNT NO. <br> SVN Sacramento 1 LLC <br> P.O. Box 10789 <br> Newport Beach, CA 92658-5008 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Tamara O'Brien <br> 6437 Meadowcreek Way <br> Sacramento, CA 95826 | | | | | | | Notice Only |
| ACCOUNT NO. 6000 <br> Tax Collector <br> P.O. Box 508 <br> Sacramento, CA. 95812 | | | | | | | 900.00 |
| ACCOUNT NO. 5157 <br> TBA-MBA of Calif. <br> 1310 Madrid Street #101 <br> Marshall, MN 56258 | | | | | | | 1,600.00 |

Sheet no. _70_ of _79_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal ➤    $      2,500.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Team Power Forklifts<br>8111 Fruitridge Road<br>Sacramento , CA 95826 | | | | | | | 0.00 |
| ACCOUNT NO.  4087<br><br>TelePacific<br>515 South Flower St. 47th floor<br>Los Angeles, CA 90071 | | | | | | | 500.00 |
| ACCOUNT NO.<br><br>Teresa Phelps<br>Teresa Potter<br>2417 Avalon Drive<br>Sacramento, CA 95864 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Terry Sarles<br>613 Henry Street<br>Folsom, Ca 95630 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>The Hofmann 1987 Revocable Trust<br>P.O.Box 787<br>Concord, CA 94522 | | | Consideration: Lease<br>Warehouse lease - 4641 Pell Drive, Sacramento | | | | 109,941.00 |

Sheet no.  71  of  79   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 110,441.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re     TSAR, a not for profit California corporation          ,          Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Karen Gaffney Foundation <br> PMB199 <br> 25 NW 23rd Place #6 <br> Portland, OR 97210-5599 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> The Sacramento Bee <br> 2100 Q Street <br> Sacramento CA  95816 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Theresa Benson <br> 260 Market Street <br> Folsom, CA 95630 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Thrift Supply Management <br> P.O. Box 13402 <br> Salem, OR 97309 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Timberlake Phys Therapy,Inc <br> 7880 Alta Valley Way #180 <br> Sacramento , CA 95823 | | | | | | | 0.00 |

Sheet no.   72   of  79    continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $          0.00

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation    ,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Tosh Yamamoto <br> 7201 S. Land Park Drive <br> Sacramento , CA 95831 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Total Home Technology <br> 8315 Sunrise Blvd.#504 <br> Citrus Heights , CA 95610 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Triple Check <br> 4221-B Arden Way <br> Sacramento , CA 95864 | | | | | | | 0.00 |
| ACCOUNT NO. <br> U-Line <br> 2200 S. Lakeside Drive <br> Waukegan, IL 60085 | | | | | | | 0.00 |
| ACCOUNT NO. <br> U.S. Postal Service <br> 3775 Industrial Blvd. <br> West Sacramento, CA 95799-0070 | | | | | | | 0.00 |

Sheet no. _73_ of _79_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 0.00
Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation  ,     Case No. _____
             **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> United Way <br> California Capital Region <br> 10389 Old Placerville Road <br> Sacramento, CA 95827 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Unknown name <br> Dept 51-7862001657 <br> Des Moines, IA 50368 | | | | | | | 2,500.00 |
| ACCOUNT NO. <br><br> US Bank <br> P.O. Box 790448 <br> St.Louis, MO 63179-0448 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> US Equal Employment Opportunity Comm <br> 1301 Clay Street <br> Suite 1170-N <br> Oakland, CA 94612-5217 | | | possible complaint by Lisa Taylor | | | | Notice Only |
| ACCOUNT NO. <br><br> US Yellow Pages <br> P.O. Box 3110 <br> Jersey City, NJ 07303-3110 | | | | | | | Unknown |

Sheet no. 74 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,500.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation       ,       Case No. _____
                 **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Vehicle Registration Collection P.O. Box 419001 Rancho Cordova, CA 95741-9001 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Veona E Tambs 2247 Rainbow Avenue Sacramento CA 95821 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Verizon Wireless P.O. Box 7304 San Francisco , CA 94120-7304 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Vernon Frayna 8106 San Remo Way Sacramento , CA 95823 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Former Treasurer, Board of Directors | | | | |
| Veronica Nelson 4444 Georgia Street Vallejo, CA 94590 | | | | | | | 7.41 |

Sheet no. _75_ of _79_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 7.41

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re    TSAR, a not for profit California corporation      ,        Case No. _____
                      **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Veronica Nelson 9528 Misty River Way Elk Grove, CA 958624 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Very Special Arts Sacramento 2740 Fulton Ave # Sacramento , CA 95821 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Viking Office Products P.O. Box 92928 Los Angeles , CA 90009 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Virginia Shaffer 2985 Portsmouth Dr Rancho Cordova, CA 95670 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Voice of the Retarded 935 S. Arlington Heights Rd #351 Elk Grove Village, IL 60007 | | | | | | | 0.00 |

Sheet no. __76__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal ➤ | $ | 0.00

                                         Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation           ,        Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>VOR<br>836 S. Arlington Heights Rd #351<br>Elk Grove Village, IL 60007-3667 | | | | | | | 200.00 |
| ACCOUNT NO. 0002<br>VSP<br>P.O. Box 45210<br>San Francisco, CA 94145 | | | | | | | 300.00 |
| ACCOUNT NO. 0508<br>Waste Management of Sac<br>8761 Younger Creek Drive<br>Sacramento, CA 95828 | | | | | | | Unknown |
| ACCOUNT NO.<br>Wendy Eisenbeisz<br>2759 River Plaza Drive, Apt. #235<br>Sacramento, CA 95833 | | | | | | | 0.00 |
| ACCOUNT NO.<br>West Group<br>P.O. Box 6187<br>Phoenix, AZ 85062-8251 | | | | | | | 0.00 |

Sheet no. 77 of 79 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 500.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,        Case No. _____
            **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   A000 <br><br> Western Health Advantage <br> 2349 Gateway Oaks Drive #100 <br> Sacramento, CA 95833 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Whiting & Associates Inc <br> 1930 Rosemeade Parkway #107 <br> Carrollton, TX 75007 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Xpedex <br> P.O. Box 18453 <br> Chicago, IL 60618-0453 | | | | | | | 0.00 |
| ACCOUNT NO.   3683 <br><br> Yellow Pages <br> P.O. Box 15132 <br> Wilmington, DE 19850 | | | | | | | 1,200.00 |
| ACCOUNT NO. <br><br> Zenaida Abriam <br> 9746 Morganite Way <br> Elk Grove, CA 95624 | | | | | | | Notice Only |

Sheet no. __78__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      1,200.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6F (Official Form 6F) (12/07) - Cont.

In re   TSAR, a not for profit California corporation     ,        Case No. _____
             **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ZipMail Marketing <br> 3600 Industrial Blvd #10 <br> West Sacramento, CA 95691 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Zygo Industries Inc <br> P.O. Box 1008 <br> Portland , OR 97207-1008 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __79__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal ▶    $        0.00

          Total ▶    $      340,241.41

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B6G (Official Form 6G) (12/07)

In re   TSAR, a not for profit California corporation          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Penske | five vehicle leases |
| Dell | Three computer set-ups, laser printer |
| KAD Investments | Lease of 3000 T Street<br>Sacramento<br><br>Lease on nonresidential real property |
| The Hofmann 1987 Revocable Trust | Lease of 4641 Pell Drive<br>Sacramento<br><br>Lease on nonresidential real property |
| Outback Solutions<br>815 El Chorro Way<br>Sacramento CA  95864 | Website maintenance |
| Smile Business Products | copier maintenance |
| AT & T Yellow Pages | advertising |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**B6H (Official Form 6H) (12/07)**

In re   TSAR, a not for profit California corporation          Case No. _____
        _____
                **Debtor**                                               **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jason Richey<br>Jacob Richey | River City Bank VISA |

**B6 (Official Form 6 - Declaration) (12/07)**

In re   Sacramento Association for the Retarded, a not for profit California corporation
_____

          **Debtor**

Case No. _____
                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                    **Debtor:**

Date _____      Signature: _____
                                        **(Joint Debtor, if any)**

[If joint case, both spouses must sign ]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

                                  _____
                                  Social Security No.
                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____
     Signature of Bankruptcy Petition Preparer                               _____
                                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President, Board of Directors__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Sacramento Association for the Retarded, a not for profit California corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __95__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __10 - 23 - 09__      Signature: _____

                                          SANDRA A. SMITH
                                        [Print or type name of individual signing on behalf of debtor ]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of California

In Re  TSAR, a not for profit California corporation

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2009 | 457,331.70 | |
| 2008 | 1,210,886.00 | |
| 2007 | 420,356.00 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached 3-b detail sheet

Client(s):          Sacramento Association For The Retarded
**Statement of Financial Affairs**
Question 3b. - Payments to Creditors (Debtor whose debts are not primarily consumer debts)

| Name of & Address of Creditor | Dates of Payment | Aggregate Paid | Amount Still Owing |
|---|---|---|---|
| Great American Insurance | 27-Aug-2009 | $7,070.57 | |
| 49 East Fourth St | 30-Jul-2007 | $7,070.57 | |
| Cincinnati, OH 45202 | 12-Jun-2009 | $7,070.57 | |
| | | $21,211.71 | $23,000.00 |
| | | | |
| Mercury Mailing | 07/06/2009 | 11,459.52 | |
| 1971 Davis Street | 07/06/2009 | 12,048.00 | |
| San Leandro, Ca 94577 | 08/20/2009 | $13,878.56 | |
| | 08/20/2009 | $13,886.88 | |
| | 09/02/2009 | $11,053.44 | |
| | 06/17/2009 | $12,451.68 | |
| | 09/17/2009 | $11,507.36 | |
| | 09/17/2009 | $10,986.40 | |
| | | $84,820.16 | |
| | | | |
| KAD Investments | July 1 09 | $1,880.00 | |
| 3000 T Street Suite 100 | Aug 1 09 | $1,880.00 | |
| Sacramento CA 95816 | Sept 1 09 | $1,880.00 | |
| | | $5,640.00 | |
| | | | |
| Rediger, McHugh & Hubbert Law | 08/21/2009 | 11,877.10 | |
| 555 Capitol Mall, #1240 | 09/02/2009 | 18,011.63 | |
| Sacramento, Ca 95814 | 11-Aug-2009 | $1,812.72 | |
| | | $31,705.45 | |
| | | | |
| Hoffman 1987 Revocable Trust | Jul 6 09 | $94.00 | |
| PO Box 787 | Jul 17 09 | $3,225.00 | |
| Concord, Ca 94522 | Aug 20 09 | $3,225.00 | |
| | Sept 2 09 | $3,225.00 | |
| | 2-Sep-2009 | $106.30 | |
| | | $9,875.30 | |
| | | | |
| A1 Bookkeeping | Jun 1 09 | $750.00 | |
| PO Box 934 | Jun 15 09 | $750.00 | |
| Nevada City, Ca 95959 | Jul 1 09 | $750.00 | |
| | Jul 6 09 | $1,500.00 | |
| | Jul 15 09 | $750.00 | |
| | Aug 1 09 | $750.00 | |
| | Aug 15 09 | $750.00 | |
| | Sep 1 09 | $750.00 | |

|  |  |  |
|---|---|---|
|  | Sep 15 09 | $750.00 |
|  |  | $7,500.00 |
|  |  |  |
| Penske | 06/17/2009 | 5,946.50 |
| PO Box 7429 | 07/06/2009 | 29.60 |
| Pasadena, Ca 91109 | 07/17/2009 | 44.97 |
|  | 07/17/2009 | 5,669.40 |
|  | 08/04/2009 | 17.87 |
|  | 08/20/2009 | 5,635.59 |
|  | 09/02/2009 | 180.20 |
|  | 09/17/2009 | 5,902.49 |
|  |  | $23,426.62 |
|  |  |  |
| Shell Fleet | 06/17/2009 | 2,750.35 |
| PO Box 689081 | 07/17/2009 | 2,983.77 |
| Des Moines, IA 50386 | 08/20/2009 | 3,428.66 |
|  | 09/17/2009 | 3,360.71 |
|  |  | $12,523.49 |
|  |  |  |
| State Fund | 06/05/2009 | 4,522.43 |
| PO Box 9102 | 07/17/2009 | 4,247.49 |
| Pleasanton, Ca 94566 | 08/04/2009 | 4,659.98 |
|  | 09/02/2009 | 4,555.09 |
|  |  | $13,462.56 |
|  |  |  |
| Western Health Advantage | 06/05/2009 | 562.21 |
| 2349 Gateway Oaks Dr., #100 | 06/05/2009 | 4,340.05 |
| Sacramento, Ca 95833 | 08/04/2009 | 1,124.42 |
|  | 08/20/2009 | 562.21 |
|  | 07/06/2009 | 3,056.15 |
|  | 08/04/2009 | 4,220.15 |
|  | 08/20/2009 | 3,638.15 |
|  |  | 17,503.34 |

None ☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached 3.c. / 23 detail sheet | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LaRay Plymer vs Sacramento Association For The Retarded ☐ ☐ Case No. 34-2009-00046496 | civil lawsuit - employment | Sacramento County Superior Court | Settled; lawsuit should have been dismissed with prejudice |

None ☒

b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Sacramento Association for the Retarded

SoFA Question #3c / 23 Detail

(Data pre-2009 was not available)

| Insider Name | Date | Payee | Description | Amount |
|---|---|---|---|---|
| Jacob Jason Richey | 01/04/2009 | River City Bank VISA | unknown | 5,975.97 |
| Jacob Jason Richey | 01/14/2009 | | | 31.96 |
| Jacob Jason Richey | 01/15/2009 | Shanghai Garden | unknown | 95.00 |
| Jacob Jason Richey | 01/19/2009 | Alamo Rental Car | unknown | 63.21 |
| Jacob Jason Richey | 01/19/2009 | Hotel Lucia | Portland | 17.00 |
| Jacob Jason Richey | 01/19/2009 | Hotel Lucia | Portland | 33.95 |
| Jacob Jason Richey | 01/19/2009 | Parking | In Portland | 17.00 |
| Jacob Jason Richey | 01/19/2009 | Sac County Airport | Portland Trip | 36.00 |
| Jacob Jason Richey | 01/20/2009 | Richey, Jason | Southwest to Portland | 139.00 |
| Jacob Jason Richey | 02/09/2009 | Jack's Urban Eats | unknown | 13.41 |
| Jacob Jason Richey | 02/16/2009 | BJ's Restaurant | unknown | 42.01 |
| Jacob Jason Richey | 02/19/2009 | Parrot Cellular | unknown | 140.63 |
| Jacob Jason Richey | 02/21/2009 | | | 39.67 |
| Jacob Jason Richey | 04/05/2009 | | | 10.00 |
| Jacob Jason Richey | 03/02/2009 | River City Bank VISA | unknown | 576.52 |
| Jacob Jason Richey | 04/07/2009 | River City Bank VISA | unknown | 1,666.39 |
| Jacob Jason Richey | 04/09/2009 | Round Table Pizza | unknown | 92.52 |
| Jacob Jason Richey | 04/13/2009 | | | 30.75 |
| Jacob Jason Richey | 04/14/2009 | | | 10.39 |
| Jacob Jason Richey | 04/16/2009 | | | 77.69 |
| Jacob Jason Richey | 04/21/2009 | Old Spaghetti Factory | unknown | 20.00 |
| Jacob Jason Richey | 04/21/2009 | Old Spaghetti Factory | unknown | 20.61 |
| Jacob Jason Richey | 04/28/2009 | Cheesecake Factory | unknown | 70.91 |
| Jacob Jason Richey | 05/04/2009 | Richey, Jacob | 1422 x .14 per mile | 199.08 |
| Jacob Jason Richey | 05/05/2009 | River City Bank VISA | unknown | 2,323.00 |
| Jacob Jason Richey | 06/02/2009 | River City Bank VISA | XXXX XXXX XXXX 1009 | 1,337.80 |
| Jacob Jason Richey | 06/15/2009 | River City Bank VISA | XXXX XXXX XXXX 1009 | 43.38 |
| Jacob Jason Richey | 06/15/2009 | River City Bank VISA | unknown | 43.38 |
| Jacob Jason Richey | unknown | City of Sacramento | traffic ticket | 40.00 |
| | | | | 13,207.23 |
| Maxine Richey | 01/05/2009 | Richey, Maxine | 9/20 rest toward 10/20 Mileage Plus | 200.00 |
| Maxine Richey | 01/05/2009 | Richey, Maxine | 12/16/08 to 12/31/08 Payroll | 548.19 |
| Maxine Richey | 01/05/2009 | Richey, Maxine | 12/16/08 to 12/31/08 Payroll | 2,600.00 |
| Maxine Richey | 01/05/2009 | Richey, Maxine | -MULTIPLE- | 2,051.81 |
| Maxine Richey | 01/20/2009 | Richey, Maxine | 10/20/08 & $75. Massage 10/15/08 & Raleys 12.16 10/28 & $19.66 towad ... | 200.00 |
| Maxine Richey | 02/19/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |
| Maxine Richey | 02/19/2009 | Richey, Maxine | RECEIPTS | 200.00 |
| Maxine Richey | 02/23/2009 | Withdrawal | Maxine withdrawal for what? | 340.00 |
| Maxine Richey | 03/05/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |

| Maxine Richey | 03/20/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |
| Maxine Richey | 04/06/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |
| Maxine Richey | 05/05/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |
| Maxine Richey | 05/15/2009 | FSA | NEED RECEIPTS | 200.00 |
| Maxine Richey | 05/20/2009 | Richey, Maxine | NEED RECEIPTS | 200.00 |
| Maxine Richey | 06/30/2009 | Richey, Maxine | NEED RECEIPTS | 46.09 |
| | | | | 7,586.09 |
| Sandra Smith | | | reimbursement for employee meeting refreshments | 40.20 |
| Thomas Smith | | | wages | 2000.00 |

**5.   Repossessions, foreclosures and returns**

None ☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Penske Trusk Leasing | September 2009 | 2008 Ford E445SD VIN 1FDXE45S98DB06920 2006 Freight L Van #8A12469 1FVACVDD86DX22246 2006 Ford E350 #6Z80244 1FDSE35LX6HB22711 2004 Freight L #7J61870 1FVACVDD64HN13318 2004 GMC W450 #7F33422 J8DC4B14347006546 |

**6.   Assignments and Receiverships**

None ☒
a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒     one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
      is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.   Gifts

None        List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒     this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
      under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.   Losses

None        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
      or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.   Payments related to debt counseling or bankruptcy

None        List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐     attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
      petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Dahl & Dahl<br>2304 "N" Street<br>Sacramento, CA 95816-5716 | September 18, 2009 | $9,000.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**10. Other transfers**

None  a.    List all other property, other than property transferred in the ordinary course of the business or financial
☒     affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
      commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
      is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒     which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
      this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
      shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
      houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
      filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒     valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
      under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Thrift Supply Management (TSM) (Debtor so far unable to locate verification that items are owned by TSM) | 56 rolling carts; 1 electric pallet jack; 1 manual pallet jack; 1 floor scale with ramp and digital read-out; packing supplies - new boxes, tape guns, shrink wrap | Warehouse at 4641 Pell Drive, Sacramento |
| Waste Management | Big Green Dumpster | Warehouse - Pell Avenue |
| Cintas | Two first aid kits (rented) $20.00 | |
| Sierra Spring | Water cooler $50.00 | Warehouse |
| Sierra Spring | 5- 5 gal. jugs empty ☐ 9 - 5 gal. jugs full☐ | Warehouse - Pell Avenue |

**15. Prior address of debtor**

None
☐

   If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Previous warehouse space 5005 Stockton Blvd Sacramento | | Unknown to Summer of 2007 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**16. Spouses and Former Spouses**

None 

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30937

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS        DATES SERVICES RENDERED

Tonya Lindsay        _____ to September 2009

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME        ADDRESS        DATES SERVICES RENDERED

Tonya Lindsay

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME        ADDRESS

Debtor and possibly Tonya Lindsay

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS        DATE ISSUED

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None  b.    List the name and address of the person having possession of the records of each of the two inventories
☒       reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF
                                              INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS           NATURE OF INTEREST          PERCENTAGE OF INTEREST

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Sandra Smith | President, Board of Directors | -0- |
| Jan Stendahl | Secretary, Board of Directors | -0- |
| Robin Parker | Vice President, Board of Directors | -0- |

### 22.  Former partners, officers, directors and shareholders

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒       immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☐       terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Jason Richey, aka Jacob Richey | President | April 28, 2009 |
| Alan Mueller | | January 2009 |
| Al Aldrete | | Late 2008 |
| Edward E. Wacaster | | May 15, 2009 |
| Brian O'Reilly | | |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Sabrina Tyler | | May 21, 2009 |
| Diane Avampato | | |
| Carrol Kuzma | | May 22, 2009 |

**23.  Withdrawals from a partnership or distribution by a corporation**

None ☐

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See detail sheet at Q.3c. | | |

**24.  Tax Consolidation Group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.  Pension Funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    10-23-09            Signature                       

                                           SANDRA A. SMITH,
                                           President, Board of Directors

                                           Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                               0    continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____       _____
Signature of Bankruptcy Petition Preparer                             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.5.0-742 - 30937

**2**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl Goldman, CSB No. 186031 [cdahl@DahlLaw.net]
Thomas S. Tengan, CSB No. 134052 [ttengan@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for TSAR, Inc., a California not for profit corporation,
dba SAR - Service Advocacy and Respect for Persons with MR/DD

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No.: |
| TSAR, Inc.,a California not for profit corporation, dba SAR - Service Advocacy and Respect for Persons with MR/DD, | |
| 3000 T Street, Suite 201, CA 95816 TIN: xx-xxx2467 | |
| Debtor(s). | |

### ATTORNEY'S DISCLOSURE OF COMPENSATION
[11 U.S.C. §329(a); Fed. R. Bank. P. 2016(b)]

The undersigned, pursuant to 11 U.S.C. §329(a) and Fed. R. Bank. P. 2016(b), states:

1. Dahl & Dahl, Attorneys at Law ("Counsel"), is the attorney for Debtor(s) in this case.

2. The compensation paid to Counsel within one year before the filing of the petition in bankruptcy, or agreed to be paid to Counsel, is as follows:

    a. For legal services rendered or to be rendered on behalf of Debtor(s) in contemplation of and in connection with this case:

        ☒ A fixed fee of $ 9,000.00 , which includes the filing fee.

☐ An indeterminate fee to be computed at Counsel's standard hourly rates and costs.

    b. Prior to the date of this Statement, Counsel has received the sum of $ 9,000.00 .

      ☐ Of that sum, $_____ was paid to Counsel for pre-petition legal services not directly in connection with this case, and billed pre-petition to Debtor(s) at Counsel's standard hourly rates and costs.

    c. The unpaid balance due and payable is:

      ☒ $ 0.00 .
      ☐ Not determinable at this time.

3. From the funds tendered to Counsel disclosed above, Counsel has paid the filing fee of:

      ☒ $ 299.00        [Chapter 7]
      ☐ $1,039.00       [Chapter 11]
      ☐ $ 274.00        [Chapter 13]

4. The source of payments made to Counsel was from:

      ☒ Debtor(s)
      ☐ Other [specify]: _____.

5. The source of payments to be made to Counsel for the unpaid balance remaining, if any, will be from:

      ☐ Debtor(s)
      ☒ Other [specify]: not applicable .

6. Other than the payments referenced above, Counsel has received no transfer, assignment or pledge of property from or on behalf of Debtor(s) except the following for the value stated:

      ☐ None

      ☒ Counsel has been granted a security interest in all funds held by Counsel as an advance, retainer or periodic payment toward attorneys fees and costs incurred or to be incurred in its representation of Debtor(s).

      ☐ Other [specify] _____.

7. Counsel has not shared or agreed to share with any other entity, other than with members and employees of Counsel, any compensation paid or to be paid except as follows:

      ☒ None
      ☐ Other [specify & attach agreement] _____.

Dated: October 21, 2009            DAHL & DAHL
                               ATTORNEYS AT LAW

                               By: /s/ Candy Dahl Goldman
                                   Candy Dahl Goldman