UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

    TSAR

        Debtor(s)

Case No. 09-43132
Chapter: 7

FILED
DEC 13 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. Sec 347(a), 28 U.S.C. Sec 2042, and the application of The Locator Services Group Ltd, as Attorney-in-Fact for Dell, Inc., seeking payment of funds previously unclaimed by Dell Financial Services, LLC (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that Dell, Inc. is entitled to the funds paid into Court.

Therefore,

IT IS ORDERED that the Clerk is directed to pay $2,514.09 from the ~~Treasury Registry Account~~ Unclaimed Funds to:

**Dell, Inc.**
c/o The Locator Services Group Ltd.
1073 Hancock Street, Suite 102
Quincy, MA 02169

Dated: 12/13/2018

_____
MICHAEL S. MCMANUS
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)